# United States Court of Appeals
## For the First Circuit

No. 17-1108

IN RE: LAC-MÉGANTIC TRAIN DERAILMENT LITIGATION

ANNICK ROY, as special administrator of the estate of Jean-Guy
Veilleux, deceased, individually and as next friend of minor,
F.R.V., ET AL.,

Plaintiffs, Appellants,

v.

CANADIAN PACIFIC RAILWAY COMPANY,

Defendant, Appellee,

SOO LINE RAILROAD COMPANY, d/b/a Canadian Pacific Railway;
DELAWARE AND HUDSON RAILROAD COMPANY INC., d/b/a Canadian
Pacific Railway; DAKOTA MINNESOTA AND EASTERN RAILROAD
CORPORATION, d/b/a Canadian Pacific Railway; and CANADIAN
PACIFIC RAILWAY LIMITED,

Putative Defendants.

**ERRATA SHEET**

The opinion of this Court issued on June 2, 2021, is
amended as follows:

On page 7, lines 7-8, replace "First Circuit Local Rule
27(c)" with "First Circuit Local Rule 27.0(c)".